IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **REGIONS BANK,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:20-cv-1258 |
| | § | |
| | § | |
| **NEW BRAUNFELS ER, LLC; THOMAS VO; SHIRAZ PIRALI; DONNA CAMPBELL; HARBIR SINGH; STEVEN GARTZMAN; AMANDA DUPONT; JOSEPH HATHORN; BRUCE GLEASON; GERALD T. DELK; SPARTAN–APACHE MEDICAL, PLLC; RENA SALYER; VO FAMILY, L.P.; GREEN MASS, L.L.C.; EDWARD ORLAND BROOKS III; 7G PLATINUM REAL ESTATE LLC; H SINGH MD, PA,** | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S COMPLAINT**

Plaintiff Regions Bank ("Regions Bank") files its Complaint against borrower New Braunfels ER, LLC ("New Braunfels ER") and guarantors Thomas Vo, Shiraz Pirali, Donna Campbell, Harbir Singh, Steven Gartzman, Amanda Dupont, Joseph Hathorn, Bruce Gleason, Gerald T. Delk, Spartan–Apache Medical, PLLC, Rena Salyer, Vo Family, L.P., Green Mass, L.L.C., Edward Orland Brooks III, 7G Platinum Real Estate, LLC, and H Singh MD, PA (collectively, the "Defendants") and respectfully shows as follows:

**I.   NATURE OF THE CASE**

1.   New Braunfels ER borrowed funds from Regions Bank to construct and operate an emergency room facility in New Braunfels, Texas. The debt consisted of a series of promissory notes and security agreements signed by New Braunfels ER and guaranteed by a group of doctors

1

and entities controlled by doctors. New Braunfels ER and the guarantors defaulted on the loans. Plaintiff provided notice of default and intent to accelerate the loan balances. Defendants failed to cure. The loans were accelerated resulting in the entire unpaid balances on the loans becoming due and payable. Defendants failed to pay the balances due and owing on the loan resulting in damages to Regions Bank.

## II.   PARTIES

2. Plaintiff Regions Bank, a state bank organized and existing under the laws of the State of Alabama, is duly authorized to transact business in the State of Texas.

3. Defendant New Braunfels ER, LLC is a Texas limited liability company authorized and doing business in the State of Texas.

4. Defendant Thomas Vo, M.D., is an individual residing in Texas and may be served with process at his place of residence at 4531 Oleander, Bellaire, Texas, 77401 or wherever he may be found.

5. Defendant Shiraz Pirali, M.D., is an individual residing in Texas and may be served with process at her place of residence at 1803 Willow Lakes Dr., Sugar Land, Texas 77479 or wherever she may be found.

6. Defendant Donna Campbell, M.D., is an individual residing in Texas and may be served with process at her place of 1746 Hunter's Run, New Braunfels, Texas 78132 or wherever she may be found.

7. Defendant Harbir Singh, M.D., is an individual residing in Texas and may be served with process at his place of residence at 700 S. 1st St., Apt. 307, Austin, Texas 78704 or wherever he may be found.

8. Defendant Steven Gartzman, M.D., is an individual residing in Texas and may be served with process at his place of residence at 2 Pravia Path Dr., Missouri City, Texas 77459 or wherever he may be found.

9. Defendant Amanda Dupont, M.D., is an individual residing in Texas and may be served with process at her place of residence at 8715 Wildridge Dr., Austin, Texas 78759 or wherever she may be found.

10. Defendant Joseph Hathorn, M.D., is an individual residing in Texas and may be served with process at his place of residence at 7213 Sentinel Falls, Missouri City, Texas 77459 or wherever he may be found.

11. Defendant Bruce Gleason, M.D., is an individual residing in Texas and may be served with process at his place of residence at 22823 Estacado, San Antonio, Texas 78261 or wherever he may be found.

12. Defendant Gerald T. Delk, M.D., is an individual residing in Texas and may be served with process at his place of residence at 3304 Laurel Circle, Austin, Texas 78731 or wherever he may be found.

13. Defendant Spartan–Apache Medical, PLLC, LLC is a Texas professional limited liability company authorized and doing business in the State of Texas.

14. Defendant Rena Salyer, D.O., is an individual residing in Texas and may be served with process at her place of residence at 104 Spring Valley St., Hutto, Texas 78634 or wherever she may be found.

15. Defendant Vo Family, L.P., is a Texas limited partnership authorized and doing business in the State of Texas.

618845.5  101806.0069

16. Defendant Green Mass, L.L.C., is a Texas limited liability company authorized and doing business in the State of Texas.

17. Defendant Edward Orland Brooks III, M.D., is an individual residing in Texas and may be served with process at his place of residence at 405 Ray Rd., Holliday, Texas 76366 or wherever he may be found.

18. Defendant 7G Platinum Real Estate, LLC, is a Texas limited liability company authorized and doing business in the State of Texas.

19. Defendant H Singh MD, PA, is a Texas professional association authorized and doing business in the State of Texas.

### III.  JURISDICTION & VENUE

20. This court has jurisdiction over this lawsuit under 28 U.S.C. § 1332 because the parties are of completely diverse citizenship and the amount in controversy exceeds $75,000.

21. Venue is proper in this court under 28 U.S.C. § 1391 because a defendant resides in this district and because a substantial part of the events or omissions giving rise to the claims occurred in this district.

### IV.  FACTUAL BACKGROUND

#### A.  The $900,000 Loan Documents

22. New Braunfels ER executed and delivered a Promissory Note dated March 22, 2017 in the original principal amount of Nine Hundred Thousand and No/100 Dollars ($900,000.00) payable to the order of Regions Bank (the "$900,000 Note").[1] New Braunfels ER's and Defendants' obligations were secured by a Commercial Security Agreement of even date executed

---

[1] A true and correct copy of the $900,000 Note is attached and incorporated hereto as **Exhibit A**.

4

by New Braunfels ER (the "$900,000 Commercial Security Agreement").[2] The $900,000 Note and the $900,000 Commercial Security Agreement are hereinafter referred to collectively as the "$900,000 Loan Documents."

### B. The $3,587,000.00 Loan Documents

23. New Braunfels ER executed and delivered a Promissory Note dated March 23, 2017 in the original principal amount of Three Million Five Hundred Eighty Seven Thousand and No/100 Dollars ($3,587,000.00) payable to the order of Regions Bank (the "$3,587,000.00 Note").[3]

24. New Braunfels ER executed a Construction Loan Agreement (the "$3,587,000 Construction Loan Agreement") dated March 23, 2017 and a Business Loan Agreement (the "$3,587,000 Business Loan Agreement") dated March 23, 2017.[4] The $3,587,000.00 Note, the $3,587,000 Construction Loan Agreement, and the $3,587,000 Business Loan Agreement are collectively referred to as the "$3,587,000 Loan Documents."

25. The $3,587,000 Business Loan Agreement contains, *inter alia*, New Braunfels ER's agreement with Regions Bank that so long as the $3,587,000 Business Loan Agreement remains in effect, New Braunfels ER will:

> **Financial Records.** Maintain its books and records in accordance with GAAP, applied on a consistent basis, and permit Lender to examine and audit Borrower's books and records at all reasonable times.
>
> **Financial Statements.** Furnish Lender with such financial statements and other related information at such frequencies and in such detail as Lender may reasonably request.
>
> …

---

[2] A true and correct copy of the $900,000 Commercial Security Agreement is attached and incorporated hereto as **Exhibit B**.
[3] A true and correct copy of the $3,587,000.00 Note is attached and incorporated hereto as **Exhibit C**.
[4] True and correct copies of the $3,587,000 Construction Loan Agreement and the $3,587,000 Business Loan Agreement are attached and incorporated hereto as **Exhibits D and E**, respectively.

**Additional Covenant.** Debt Service Coverage Ratio (EBITDAR): Not permit its ratio of EBITDAR less non-recurring income to Interest Expense plus prior period Current Maturities of Lon Term Debt plus Rent and Lease Expense, Post Distributions for such fiscal year to be at any time less than to 1.30 to 1.[5]

26. New Braunfels ER failed to maintain a Debt Service Coverage Ratio of at least 1.30, as required by the $3,587,000 Business Loan Agreement. Additionally, despite reasonable request by Regions Bank, New Braunfels ER failed to provide an inventory of New Braunfels ER's assets and accounts receivables for Regions Bank's examination (discussed below).

27. The $3,587,000 Business Loan Agreement also provides that the following shall constitute an Event of Default under the agreement:

> Borrower fails to comply with or to perform any other term, obligation, covenant or condition contained in this Agreement or in any of the Related Documents or to comply with or to perform any term, obligation, covenant or condition contained in any other agreement between Lender and Borrower.[6]

28. New Braunfels ER's failure to comply with the Debt Service Coverage Ratio and provide an inventory of its assets and accounts receivables thus constituted Events of Default under the terms of the $3,587,000 Business Loan Agreement. Additionally, the $3,587,000 Business Loan Agreement unambiguously states that failure to comply with the obligations detailed therein constitutes an Event of Default.

### C. The Amended and Restated Guaranty Agreements

29. Defendants Thomas Vo, Vo Family, L.P., Shiraz Pirali, Donna Campbell, Joseph Hathorn, Bruce Gleason, Spartan-Apache Medical, PLLC, Gerald T. Delk, Amanda Dupont, Steven Gartzman, Green Mass, L.L.C., 7G Platinum Real Estate, LLC, H Singh MD, PA, Harbir Singh, Rena Salyer, (the "Guarantors") each executed an Amended and Restated Guaranty Agreement (collectively, the "Guaranty Agreements") dated February 28, 2018 in which the

---

[5] *See* Exhibit D, pg. 2. References to "Borrower" therein and in all of the loan documents refer to New Braunfels ER.
[6] *Id.*, pg. 3.

Guarantors "unconditionally guarantee[d] the prompt payment" of a portion of the $3,587,000 Loan Documents and the $900,000 Loan Documents.[7] The $3,587,000 Loan Documents and the $900,000 Loan Documents are hereinafter sometimes referred to as the "Loan Documents."

### D. The Notice of Events of Default and Intent to Accelerate, and Demand

30. On September 6, 2019, Regions Bank sent by certified mail, return receipt requested, a letter to New Braunfels ER and the Guarantors detailing the events of default described above (the "Notice of Default").[8] The Notice of Default demanded that within fifteen days: 1) New Braunfels ER cure the Debt Service Coverage Ratio of New Braunfels ER to be not less than 1.30 to 1, as required by the $3,587,000 Business Loan Agreement; 2) New Braunfels ER deliver a complete inventory of all assets of New Braunfels ER, including accounts receivable; and 3) the three most recent bank statements of each Guarantor reflecting the Guarantors' sufficient liquidity to discharge New Braunfels ER's obligations.[9]

31. The Notice of Default further stated that failure to comply with the terms and demands would result in Regions Bank accelerating the maturity of indebtedness evidenced by the $3,587,000 Note and the $900,000 Note.[10]

### E. Notice of Acceleration and Demand

32. On December 16, 2019, Regions Bank sent by certified mail, return receipt requested, a Notice of Acceleration and Demand to New Braunfels ER and the Guarantors notifying them that, in light of New Braunfels ER and Guarantors' failure to cure the defaults described in the Notice of Default, Regions Bank had accelerated the entire outstanding principal

---

[7] True and correct copies of the Guaranty Agreements executed by each of the Guarantors are attached and incorporated hereto as **Exhibit F**.
[8] A true and correct copy of the Notice of Default is attached and incorporated hereto as **Exhibit G**.
[9] *Id.*, page 5.
[10] *Id.*

618845.5  101806.0069

balances, any accrued but previously unpaid interest due on the $3,587,000 Note and the $900,000 Note, together with all costs, fees, and expenses provided for in the Loan Documents as of December 12, 2019.[11] It further notified New Braunfels ER and Guarantors that it was terminating its obligation to extend credit or make any advance to New Braunfels ER or Guarantors.[12]

33. The Notice of Acceleration and Demand also informed New Braunfels ER and Guarantors that Regions Bank declared the Loan Documents to be immediately payable and due.[13] Defendants have not made payment on the Loan Documents sufficient to satisfy their obligations.

34. In light of the foregoing, pursuant to the terms of the Loan Documents, Defendants are obligated to immediately pay to Regions Bank the amounts owed under the Loan Documents.

## V.   CAUSE OF ACTION: BREACH OF $3,587,000 LOAN DOCUMENTS

35. New Braunfels ER and Regions Bank executed the $3,587,000 Loan Documents.

36. Regions Bank performed its obligations under the $3,587,000 Loan Documents.

37. New Braunfels ER breached its obligations under the $3,587,000 Loan Documents as a result of its defaults, as described above.

38. New Braunfels ER's failure to perform under the terms of the $3,587,000 Loan Documents caused damages to Regions Bank and continues to damage Regions Bank.

## VI.   CAUSE OF ACTION: BREACH OF $900,000 LOAN DOCUMENT

39. New Braunfels ER and Regions Bank executed the $900,000 Loan Documents.

40. Regions Bank performed its obligations under the $900,000 Loan Documents.

41. New Braunfels ER breached its obligations under the $900,000 Loan Documents as a result of its defaults, as described above.

---

[11] *See* Notice of Acceleration and Demand, pg. 5. A true and correct copy of the Notice of Acceleration and Demand is attached and incorporated hereto as **Exhibit H**.
[12] *Id.*
[13] *Id.*, pg. 5.

42. New Braunfels ER's failure to perform under the terms of the $900,000 Loan Documents caused damages to Regions Bank and continues to damage Regions Bank.

## VII. CAUSE OF ACTION: BREACH OF GUARANTY AGREEMENTS

43. The Guarantors executed the Guaranty Agreements pursuant to which the Guarantors unconditionally guaranteed a portion of the payment due and owing under the Loan Documents.[14]

44. Regions Bank performed its obligations under the Loan Documents.

45. The Guarantors each breached their obligations under the Guaranty Agreements as a result of their non-payment under the Loan Documents and the Guarantors' refusal to pay the amounts due and owing.

46. The Guarantors' breach has damaged and continues to damage Regions Bank.

## VIII. CAUSE OF ACTION: SUIT ON NOTES

47. The $3,587,000 Loan Documents, the $900,000 Loan Documents, and the Guaranty Agreements are in default as of December 12, 2019. Demand has been made upon Defendants to satisfy their respective obligations under the Loan Documents and each Defendant has failed and refused to do so. Despite such demand for payment, there remains past due and owing to Regions Bank by Defendants the sums indicated below, with interest continuing to accrue. It is for those sums that Regions Bank seeks recovery. All conditions precedent to Regions Bank's right to recover on the debt have been performed or have occurred.

48. After all offsets, credits and payments are allowed, the outstanding amounts due on the $3,587,000 Note as of March 23, 2020, are as follows:

Outstanding Principal Balance: $2,706,795.71

---

[14] *See* Guaranty Agreements, pg. 1.

Accrued but previously unpaid interest: $9,919.50

Late fees and costs: $0

Total Outstanding Due: $2,716,715.21

49. After all offsets, credits and payments are allowed, the outstanding amounts due on the $900,000 Note as of March 23, 2020, are as follows:

Accrued but previously unpaid interest: $5,364.18

Outstanding Principal Balance: $598,675.23

Late fees and costs: $12,250.06

Total Outstanding Due: $616,289.47

## IX.  ATTORNEYS' FEES

50. Because of New Braunfels ER and Guarantors' defaults on their obligations under the $3,587,000 Loan Documents, the $900,000 Loan Documents, and the Guaranty Agreements, Regions Bank has engaged legal counsel to represent it in this matter. Regions Bank is entitled to recover reasonable and necessary attorneys' fees in accordance with the terms of the Loan Documents and pursuant to Texas Civil Practice and Remedies Code § 38.001.

51. All conditions precedent to Regions Bank's right to bring this lawsuit and recover from Defendants have been performed or have occurred.

## PRAYER

WHEREFORE, Plaintiff Regions Bank prays that Defendants New Braunfels ER, LLC, Thomas Vo, Shiraz Pirali, Donna Campbell, Harbir Singh, Steven Gartzman, Amanda Dupont, Joseph Hathorn, Bruce Gleason, Gerald T. Delk, Spartan–Apache Medical, PLLC, Rena Salyer, Vo Family, L.P., Green Mass, L.L.C., Edward Orland Brooks III, 7G Platinum Real Estate, LLC,

618845.5  101806.0069

and H Singh MD, PA be cited to appear, and that upon final trial of this cause, Regions Bank be awarded:

    A.    Judgment against Defendants for the amounts due and owing, plus all other amounts due under the Loan Documents;

    B.    Reasonable attorneys' fees;

    C.    Post-judgment interest at the maximum rate allowed by law;

    D.    Costs of suit;

    E.    Such other and further relief, special or general, legal or equitable, to which Regions Bank may be justly entitled.

    Respectfully Submitted,

    **MCGLINCHEY STAFFORD, PLLC**

    By:  */s/ Matt D. Manning*
        **MATT D. MANNING**
        State Bar No. 24070210
        mmanning@mcglinchey.com
        **MATTHEW A. KNOX**
        State Bar No. 24071102
        mknox@mcglinchey.com
        1001 McKinney, Suite 1500
        Houston, TX 77002
        Telephone:   (713) 520-1900
        Facsimile:    (713) 520-1025
    ***ATTORNEYS FOR REGIONS BANK***